IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>PROFESSIONAL CONTRACTING AND DEMOLITION, LLC,<br><br>Defendant. | CIV. NO. 21-00234 JMS-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Findings and Recommendation having been filed and served on all parties on November 4, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28 United States Code § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default Judgment," ECF No. 18, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 24, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge